

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00649-CV

Donald E. **GHIDONI**,
Appellant

v.

Nancy **GHIDONI** (Meehan),
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 1992-CI-17421
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id*. 42.1(d).

SIGNED April 9, 2014.

_Karen Angelini_
Karen Angelini, Justice